IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA L. REGAN,

    Plaintiff

v.      CIVIL ACTION NO. 08-5923

LAW OFFICES OF EDWIN A.
ABRAHAMSEN & ASSOCIATES, P.C., et al.,

    Defendants.

**ORDER**

**AND NOW**, this \_\_\_\_\_ day of December, 2009, upon consideration of defendants' summary judgment motion (docket no. 12) and plaintiff's response thereto, and plaintiff's cross-motion for summary judgment (docket no. 19), defendants' response, and plaintiff's reply thereto, **IT IS HEREBY ORDERED** that defendants' motion for summary judgment is **DENIED**, and that plaintiff's cross-motion for summary judgment is **GRANTED IN PART AND DENIED IN PART**. Summary judgment is **GRANTED** in favor of plaintiff and against defendants on the sole issue of defendants' liability for violations of 15 U.S.C. §§ 1692c(a)(2) and 1692c(b) with respect to EAA's communications to plaintiff and her parents on plaintiff's Account 1 only. Plaintiff's cross-motion for summary judgment is **DENIED** in all other respects.

                                                                                                                               s/ William H. Yohn Jr., Judge
                                                                                                                               William H. Yohn Jr., Judge