IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA L. REGAN, | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 08-5923 |
| LAW OFFICES OF EDWIN A. ABRAHAMSEN & ASSOCIATES, P.C., et al., | : |
| Defendants. | : |

## ORDER

**AND NOW**, this **11** day of January, 2010, upon consideration of defendants' motion for reconsideration (docket no. 25) and plaintiff's response thereto, **IT IS HEREBY ORDERED** that the motion for reconsideration is **DENIED**.

_____
William H. Yohn Jr., Judge